STATE OF MAINE                         SUPERIOR COURT
YORK, ss.                              CIVIL ACTION
                                       DOCKET NO. CV-11-48
                                       OUO -YOR 6/7 202

MIDDLESEX MUTUAL ASSURANCE
COMPANY,

    Plaintiff                    **ORDER AND JUDGMENT**
                                   **GRANTING PLAINTIFF'S MOTION**
    v.                            **FOR SUMMARY JUDGMENT**

RAYMOND THOMPSON & JOLENE
THOMPSON,

    Defendants

Upon motion of Plaintiff for summary judgment, the motion is granted and it is

*1.*

hereby **ORDERED** that judgment enter in favor of Plaintiff on its Complaint on all

Counts against the Defendants in the amount of $312,171.29, plus costs. The

prejudgment interest rate shall be 3.3%, and the post-judgment interest rate shall be 6.3%.

Pursuant to the insurance fraud prevention provision of the Maine Insurance Code, 24-A

M.R.S.A. § 2186(7), the Plaintiff is awarded reasonable attorneys' fees and may submit

an affidavit for attorney fees within 30 days of the date of this order.

Dated: 6/7/12

                             Justice, Maine Superior Court
                                 J Ho

1. This count concludes that the failure to respond to admissions request as well as the failure to submit an affidavit provides adequate factual basis pursuant to Rule 36(a) and even read in context with Cach LLC v. Kula 2015

ATTORNEY FOR PLAINTIFF:
AARON K BALTES
NORMAN HANSON & DETROY
PO BOX 4600
PORTLAND ME  04112-4600



DEFENDANTS PRO SE:
RAYMOND THOMPSON
JOLENE THOMPSON
50 BOOTHBAY ROAD
LIMINGTON ME  04049-30334